UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
LESLIE LISNITZER, individually and on behalf of
all others similarly situated,

                                                Plaintiff,

-against-

HOWARD ZUCKER, M.D., as Commissioner of the
New York State Department of Health, and
MICHAEL HEIN, as Commissioner of the Office
of Temporary and Disability Assistance of the
New York State Department of Family Assistance,

                                          Defendants.
-----------------------------------------------------------------------X

For Online Publication Only

**ORDER**
11-CV-04641 (JMA) (ARL)

FILED
CLERK
12:19 pm, Feb 15, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

Before the Court are the parties' requests to amend the Judgment dated August 31, 2022, (ECF No. 192), awarding Plaintiff attorneys' fees and costs. (ECF Nos. 198, 199.) Upon consideration of the parties' submissions, the Court amends the Order dated August 31, 2022, (ECF No. 191), to award Plaintiff $6,072.74, not $6,072.12, in costs. In addition, the Clerk of Court is respectfully directed to amend the Judgment as follows:

An Order of Honorable Joan M. Azrack, United States District Judge, having been filed on August 31, 2022, and amended on February 15, 2023; adopting United States Magistrate Judge Arlene R. Lindsay's July 6, 2022 Report and Recommendation in its entirety as the opinion of the Court; granting Plaintiff's motion for attorneys' fees and costs, awarding Plaintiff $1,121,666.96 in attorneys' fees and $6,072.74 in costs; and respectfully directing the Clerk of Court to enter judgment in Plaintiff's favor, it is

ORDERED AND ADJUDGED that Plaintiff's motion for attorneys' fees and costs is granted; that plaintiff Leslie Lisnitzer is awarded $1,127,739.70 in attorneys' fees and costs payable directly to plaintiff's counsel as follows:

i) to the order of Law Office of Peter Vollmer, P.C. in the amount of: $812,744.94 in attorney's fees, $24,568.05 in paralegal fees and $4,073.28 in costs, for a total of $841,386.27;

ii) To the order of Mercy Haven, Inc. in the amount of: $189,786.47 in attorney's fees and $1,437.09 in costs, for a total of $191,223.56; and

iii) To the order of Meyer, Suozzi, English & Klein, P.C., in the amount of $94,567.50 in attorney's fees and $562.37 in costs, for a total of $95,129.87;

with interest thereon retroactive to August 31, 2022.

**SO ORDERED.**

Dated: February 15, 2023
Central Islip, New York

/s/   (JMA)
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE